**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-2722-STV

Amanda Larusson,

  Plaintiff,

v.

Life Time, Inc.,

  Defendant.

---

**JOINT STATUS REPORT**

---

Plaintiff Amanda Larusson ("Plaintiff") and Defendant Life Time, Inc. ("Life Time") (collectively the "Parties"), by and through their respective counsel, respectfully submit this Joint Status Report pursuant to this Court's order entered on November 24, 2025 (Doc. 10):

1. The Parties have commenced arbitration proceedings with the American Arbitration Association.

2. On April 15, 2026, the Parties participated in a Preliminary Hearing with the assigned Arbitrator, at which time a Scheduling Order was entered for the arbitration.

3. An arbitration hearing is scheduled for April 19, 2027 through April 23, 2027.

4. The Parties are currently conducting written discovery.

HB: 4920-7271-0830.1

Respectfully submitted this 27th day of May, 2026.


*s/ Adam W. Ray w/ consent*

Adam W. Ray
Williams & Associates, PLLC
44 Cook Street, Suite 100
Denver, CO 80206
Tel. 888-315-3841
Email: aray@williamsandassociates.com

**Attorney for Plaintiff**


*s/ Keith K. Ybanez*

Barbara A. Grandjean
Keith K. Ybanez
Husch Blackwell LLP
1801 Wewatta St., Suite 1000
Denver, CO 80202
Tel: 303-749-7200
barbara.grandjean@huschblackwell.com
keith.ybanez@huschblackwell.com

**Attorneys for Defendant Life Time Inc.**


HB: 4920-7271-0830.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of May, 2026, a true and correct copy of the foregoing **JOINT STATUS REPORT** was filed via CM/ECF on the following:

Adam W. Ray
Williams & Associates, PLLC
44 Cook Street, Suite 100
Denver, Colorado 80206
(888) 315-3841

*Attorney for Plaintiff*

/s/    *Amber Bustos*
Legal Support Specialist

HB: 4920-7271-0830.1